UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-60393-WPD

ERIC ROGERS,

    Plaintiff,

v.

PEMBROKE LAKES SQUARE, LLC

    Defendant.

_____/

### ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Dismissal with Prejudice (the "Notice") [DE 12], filed herein on April 18, 2024. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 12] is hereby **APPROVED**.

2. This case is **DISMISSED WITH PREJUDICE**.

3. The Clerk is directed to **DENY** any pending motions as moot and **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 19th day of April 2024.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record